UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JUAN CARLOS ARBELAEZ-AGUDELO, :
                              :   Civil Action No. 10-5654 (RMB)
          Petitioner,         :
                              :
     v.                       :   **ORDER**
                              :
UNITED STATES OF AMERICA,     :
                              :
          Respondent.         :

This matter having come before the Court on Petitioner's submission of a Petition for a Writ of Habeas Corpus, pursuant to § 2241; and for the reasons expressed in the Opinion issued this same day;

IT IS, therefore, on this **14th** day of **March 2012**,

**ORDERED** that Respondent's Motion to Dismiss for Lack of Jurisdiction (docket entry no. 11) is GRANTED; and it is further

**ORDERED** that the Petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED; and it is further

**ORDERED** that the Clerk of the Court shall close the Court's file in this matter.

                                        s/Renée Marie Bumb
                                        Renée Marie Bumb
                                        United States District Judge